

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BILLY J. BOUDREAUX | * | CIVIL ACTION |
| | * | |
| versus | * | NO.: 00-0024  SEC. "A"(3) |
| | * | |
| AMERICON, INC., FURGO-McCLELLAND | * | JUDGE SCHWARTZ, JR. |
| MARINE GEOSCIENCES, INC. and | * | |
| TRANSCOASTAL MARINE SERVICES, INC. | * | MAGISTRATE AFRICK |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION AND ORDER
## TO SUBSTITUTE COUNSEL OF RECORD

**NOW INTO COURT**, come Fugro-McClelland Marine Geosciences, Inc., who

respectfully move this Court for an Order substituting Robert S. Reich, #11163, 3850 N.

Causeway Blvd., Suite 1830, Metairie, Louisiana 70002, of the firm of Reich, Meeks &

Treadaway, in the place of Charles M. Steen, #12420, 1100 Poydras Street, Suite 1250, New

Orleans, Louisiana, of the firm of Steen, McShane & Williamson, as counsel of record in the

DATE OF ENTRY MAR 1 0 2000



captioned matter.


**STEEN, McSHANE & WILLIAMSON**

_____
CHARLES M. STEEN, #12420
1100 Poydras Street, Suite 1250
New Orleans, Louisiana 70163
Telephone: (504) 599-8440
*Attorneys for Fugro-McClelland
Marine Geosciences, Inc.*

**REICH, MEEKS & TREADAWAY**

_____
ROBERT S. REICH, #11163
3850 North Causeway Blvd., Suite 1830
Metairie, LA  70002
Telephone: (504) 830-3999
*Attorneys for Defendant, Americon, Inc.*


## CERTIFICATE


I HEREBY CERTIFY that a copy of the above and foregoing has been served upon all counsel of record herein by hand delivery, facsimile transmission, or by placing same in the U.S. Mail, postage prepaid, this __6__ day of March, 2000.

_____
CHARLES M. STEEN

.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BILLY J. BOUDREAUX | * | CIVIL ACTION |
| | * | |
| versus | * | NO.: 00-0024  SEC. "A"(3) |
| | * | |
| AMERICON, INC., FURGO-McCLELLAND | * | JUDGE SCHWARTZ, JR. |
| MARINE GEOSCIENCES, INC. and | * | |
| TRANSCOASTAL MARINE SERVICES, INC. | * | MAGISTRATE AFRICK |

********************************************

## <u>ORDER</u>

Considering the foregoing,

**IT IS HEREBY ORDERED** that Robert S. Reich, #11163, 3850 N. Causeway Blvd,

Suite 1830, Metairie, Louisiana, of the firm of Reich, Meeks & Treadaway, be substituted as

counsel of record for Fugro-McClelland Marine Geosciences, Inc. in the captioned matter.

New Orleans, Louisiana, this _9th_ day of March, 2000.

_____
UNITED STATES DISTRICT JUDGE