

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BILLY J. BOUDREAUX | CIVIL ACTION |
| VERSUS | NO. 00-0024 |
| AMERICON, INC., ET AL | SECTION "A"(3) |

### MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO STRIKE DEFENSES

NOW INTO COURT, through undersigned counsel, comes plaintiff, Billy J. Boudreaux, and hereby moves this Honorable Court for leave to file a supplemental memorandum, in that the response filed by the defendants is inadequate and certain facts need to be pointed out to the Court.

Respectfully submitted:

_____
Leonard A. Radlauer
RADLAUER & BERNSTEIN
603 St. Joseph Street
New Orleans, LA 70130
(504) 524-0066
Bar No. 11059

DATE OF ENTRY
AUG 2 5 2000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BILLY J. BOUDREAUX | CIVIL ACTION |
| VERSUS | NO. 00-0024 |
| AMERICON, INC., ET AL | SECTION "A"(3) |

## ORDER

IT IS HEREBY ORDERED that plaintiff be and is hereby granted leave of this Honorable Court to file his Supplemental Memorandum in Support of Motion to Strike Defenses.

New Orleans, Louisiana, this 24th day of August, 2000.

_____
JUDGE