FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 AUG 29 PM 3: 41

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BILLY J. BOUDREAUX | * | CIVIL ACTION NO: 00-0024 |
| | * | |
| versus | * | SEC. "A"(3) |
| | * | |
| AMERICON, INC., FURGO-McCLELLAND | * | JUDGE SCHWARTZ, JR. |
| MARINE GEOSCIENCES, INC. and | * | |
| TRANSCOASTAL MARINE SERVICES, INC. | * | MAGISTRATE AFRICK |

*********************************************

## MOTION TO ALLOW FILING OF
## SUPPLEMENTAL MEMORANDUM IN OPPOSITION
## TO MOTION TO STRIKE DEFENSES

**NOW INTO COURT,** through undersigned counsel, come defendants, Hargett Mooring & Marine, Inc., Furgo-McClelland Marine Geosciences, Inc. and Americon, Inc. (hereinafter jointly "defendants") and respectfully move this Court for an Order permitting the filing of the attached Supplemental Memorandum in Opposition to Motion to Strike Defenses

DATE OF ENTRY

AUG 3 1 2000

1

in order to address the issues raised in plaintiff's Supplemental Memorandum in support of the Motion.

                        Respectfully submitted,

                        REICH, MEEKS & TREADAWAY

                        _____
                        ROBERT S. REICH, #11163
                        3850 North Causeway Blvd., Suite 1000
                        Metairie, LA   70002
                        Telephone:  (504) 830-3999
                        *Attorneys for Defendants, Americon, Inc.*
                            *Hargett Mooring & Marine &*
                            *Furgo-McClelland Marine*
                            *Geosciences, Inc*

## CERTIFICATE

     **I HEREBY CERTIFY** that a copy of the above and foregoing has been served upon all counsel of record herein by hand delivery, facsimile transmission, or by placing same in the U.S. Mail, postage prepaid, this _29_ day of August, 2000.

                                            _____

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BILLY J. BOUDREAUX | * | CIVIL ACTION NO: 00-0024 |
| | * | |
| versus | * | SEC. "A"(3) |
| | * | |
| AMERICON, INC., FURGO-McCLELLAND | * | JUDGE SCHWARTZ, JR. |
| MARINE GEOSCIENCES, INC. and | * | |
| TRANSCOASTAL MARINE SERVICES, INC. | * | MAGISTRATE AFRICK |

*********************************************

## O R D E R

**IT IS HEREBY ORDERED** that defendants, Hargett Mooring & Marine, Inc., Furgo-McClelland Marine Geosciences, Inc. and Americon, Inc. be and hereby are granted leave to file the accompanying Supplemental Memorandum in Opposition to Motion to Strike Defenses.

NEW ORLEANS, LOUISIANA this 30 day of August, 2000.

_____
UNITED STATES DISTRICT JUDGE

1