```
                                            FILED
                                       U.S. DISTRICT COURT
                                      EASTERN DISTRICT OF LA

                                       2000 NOV 16 PM 12: 04

                                        LORETTA G. WHYTE
                                              CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

BILLY J. BOUDREAUX                                    CIVIL ACTION

VERSUS                                                NO. 00-0024

AMERICON INC., ET AL.                                 SECTION "A"

### ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a compromise,

IT IS ORDERED that this action be and it is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 60 days, to reopen the action if settlement is not consummated.

COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, <u>EVERY WITNESS</u> MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.

New Orleans, Louisiana, this <u>16TH</u> day of <u>NOVEMBER</u>, 2000.

                                        _____
                                        UNITED STATES DISTRICT JUDGE

cc: ALL COUNSEL OF RECORD

```
DATE OF ENTRY
NOV 17 2000
```