

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 DEC 22  AM 11: 31

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BILLY J. BOUDREAUX | * | CIVIL ACTION NO: 00-0024 |
| | * | |
| versus | * | SEC. "A"(3) |
| | * | |
| AMERICON, INC., FUGRO-McCLELLAND | * | JUDGE SCHWARTZ, JR. |
| MARINE GEOSCIENCES, INC. and | * | |
| TRANSCOASTAL MARINE SERVICES, INC. | * | MAGISTRATE AFRICK |

*******************************************

## MOTION AND ORDER OF DISMISSAL

NOW INTO COURT, through undersigned counsel, comes plaintiff, Billy Boudeaux, who, with respect, moves this Honorable Court to dismiss this case against Americon, Inc., Hargett Mooring & Marine, Furgo-McClelland Marine Geosciences, Inc. and Transcoastal Marine Services, Inc., with prejudice, each party to bear their respective costs of court.

Respectfully submitted,

RADLAUER & BERNSTEIN

_____
LEONARD A. RADLAUER, #11059
603 St. Joseph Street
New Orleans, LA 70130
Telephone: (504) 524-0066
*Attorneys for BILLY BOUDREAUX*

DATE OF ENTRY
JAN - 9 2001

-1-

## CERTIFICATE

I HEREBY CERTIFY that a copy of the above and foregoing has been served upon all counsel of record herein by hand delivery, facsimile transmission, or by placing same in the U. S. Mail, postage prepaid, this 14th day of December, 2000.

_____
LEONARD A. RADLAUER

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BILLY J. BOUDREAUX | * | CIVIL ACTION NO: 00-0024 |
| | * | |
| versus | * | SEC. "A"(3) |
| | * | |
| AMERICON, INC., FUGRO-McCLELLAND | * | JUDGE SCHWARTZ, JR. |
| MARINE GEOSCIENCES, INC. and | * | |
| TRANSCOASTAL MARINE SERVICES, INC. | * | MAGISTRATE AFRICK |

******************************************

## ORDER

Considering the motion of Billy Boudreaux, plaintiff, to dismiss, with prejudice, this case against Americon, Inc., Hargett Mooring & Marine, Furgo-McClelland Marine Geosciences, Inc. and Transcoastal Marine Services, Inc.,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiff's case against Americon, Inc., Hargett Mooring & Marine, Furgo-McClelland Marine Geosciences, Inc. and Transcoastal Marine Services, Inc. be dismissed, with prejudice, each party to bear its respective costs of court.

New Orleans, Louisiana, this 8th day of January, 2001.

_____
UNITED STATES DISTRICT JUDGE

-1-